# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Smith, Shannon | § § § § | Case No. 10 B 17798 |
| Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/21/2010.

2) The plan was confirmed on 06/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/24/2010 and 04/05/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/05/2012 and 03/08/2011.

5) The case was dismissed on 06/05/2012.

6) Number of months from filing or conversion to last payment: 23.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $3,709.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,164.89 |
| Less amount refunded to debtor | $0 |

**NET RECEIPTS:** $7,164.89

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,514.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $319.29 |
| Other | $0 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,833.29

Attorney fees paid and disclosed by debtor   $350.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Dept Of Public Aid | Priority | $0 | NA | NA | $0 | $0 |
| Illinois Dept of Revenue | Priority | NA | $1,272.30 | $1,272.30 | $78.52 | $0 |
| Indiana Dept Of Revenue | Priority | $404.06 | NA | NA | $0 | $0 |
| Indiana Dept Of Revenue | Priority | $404.06 | $0 | $0 | $0 | $0 |
| Internal Revenue Service | Priority | NA | $1,348.38 | $1,348.38 | $83.22 | $0 |
| Crossroads Auto Mart Inc | Secured | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $169.86 |
| Indiana Dept Of Revenue | Secured | NA | $481.74 | $481.74 | $0 | $0 |
| American InfoSource LP | Unsecured | $600.00 | $314.50 | $314.50 | $0 | $0 |
| Arnold Scott Harris PC | Unsecured | $685.00 | NA | NA | $0 | $0 |
| Arnold Scott Harris PC | Unsecured | $400.00 | NA | NA | $0 | $0 |
| Bank Of America | Unsecured | $892.00 | $737.99 | $737.99 | $0 | $0 |
| Baystate Gas | Unsecured | $89.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $122.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $146.40 | $268.40 | $268.40 | $0 | $0 |
| Clearwire | Unsecured | $174.00 | NA | NA | $0 | $0 |
| Community Hospital | Unsecured | $261.00 | $261.50 | $261.50 | $0 | $0 |
| Contract Callers Inc | Unsecured | $531.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Protection Association | Unsecured | $303.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $66.00 | NA | NA | $0 | $0 |
| Diversified Collection Service | Unsecured | $125.00 | NA | NA | $0 | $0 |
| Educational Credit Management Corp | Unsecured | NA | $1,455.64 | $1,455.64 | $0 | $0 |
| First Cash Financial Services | Unsecured | $373.00 | NA | NA | $0 | $0 |
| ICS Collection Service | Unsecured | $231.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $6,460.00 | $6,720.25 | $6,720.25 | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | NA | $221.64 | $221.64 | $0 | $0 |
| Indiana Dept Of Revenue | Unsecured | NA | $0 | $0 | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $12,170.50 | $12,170.50 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $657.00 | $452.19 | $452.19 | $0 | $0 |
| National Credit Solution | Unsecured | $212.00 | NA | NA | $0 | $0 |
| National Credit Solution | Unsecured | $194.00 | NA | NA | $0 | $0 |
| Nissan Motor Acceptance Corporation | Unsecured | $8,691.00 | NA | NA | $0 | $0 |
| Patients 1st ER Med Consult PC | Unsecured | $180.00 | $180.00 | $180.00 | $0 | $0 |
| Pay Day One | Unsecured | $231.93 | NA | NA | $0 | $0 |
| Payday Loan | Unsecured | $650.00 | NA | NA | $0 | $0 |
| Professional Account Management | Unsecured | $69.00 | NA | NA | $0 | $0 |
| Quantum3 Group | Unsecured | NA | $743.93 | $743.93 | $0 | $0 |
| Quantum3 Group | Unsecured | NA | $882.66 | $882.66 | $0 | $0 |
| Receivables Management Inc | Unsecured | $250.00 | $884.24 | $884.24 | $0 | $0 |
| Sherwin Williams Emp CU | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Sherwin Williams Emp CU | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Sherwin Williams Emp CU | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Sherwin Williams Emp CU | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Sherwin Williams Emp CU | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Sherwin Williams Emp CU | Unsecured | $417.00 | NA | NA | $0 | $0 |
| Sprint Nextel | Unsecured | $804.00 | $804.31 | $804.31 | $0 | $0 |
| Village Of East Hazel Crest | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Village Of East Hazel Crest | Unsecured | $100.00 | NA | NA | $0 | $0 |
| Village of Richton Park | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Village of Richton Park | Unsecured | $150.00 | NA | NA | $0 | $0 |

UST Form 101-13-FR-S (09/01/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $3,000.00 | $3,000.00 | $169.86 |
| All Other Secured | $481.74 | $0 | $0 |
| **TOTAL SECURED:** | $3,481.74 | $3,000.00 | $169.86 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $2,620.68 | $161.74 | $0 |
| **TOTAL PRIORITY:** | $2,620.68 | $161.74 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $26,097.75 | $0 | $0 |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $3,833.29 |
| Disbursements to Creditors | $3,331.60 |
| **TOTAL DISBURSEMENTS:** | $7,164.89 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: September 28, 2012     By: /s/ MARILYN O. MARSHALL
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)